BAEN S.

Francis J. Lawall
Suvarna Sampale
**PEPPER HAMILTON LLP**
(A Pennsylvania LLP)
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
Ph:   609.452.0808
Fax:  609.452.1147

*Attorneys for Plaintiff*
*Johanna Foods, Inc*



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANNA FOODS, INC., 20 Johanna Farms Road, Flemington, NJ 08822<br><br>Plaintiff,<br><br>v.<br><br>TOOBRO HOLDINGS TBF LLC, 955 Browers Point Branch, Woodmere, NY 11598,<br><br>TOOBRO DAG LLC, 955 Browers Point Branch, Hewlett Neck, NY 11598,<br><br>TOOBRO NY LLC, 955 Browers Point Branch, Hewlett Neck, NY 11598,<br><br>TOOBROVILLE, LLC, 955 Browers Point Branch, Hewlett Neck, NY 11598,<br><br>TOOBROS, INC., 137-65 Queens Blvd., Briarwood, NY 11435,<br><br>TOOBRO, LLC, 955 Browers Point Branch, Woodmere, NY 11598,<br><br>LAKLIN LABS, INC., 511 Barry Street, Bronx, NY 10474,<br><br>MENDEL BISTRITZKY, 955 Browers Point Branch, Woodmere, NY 11598,<br><br>STEVE BISTRITZKY, 214 West 92nd Street, Apartment A, New York, NY 10025,<br><br>Defendants. | CIVIL ACTION<br><br>NO: 1:11-cv-03174-HB<br><br>**FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS MENDEL BISTRITZKY AND STEVE BISTRTIZKY** |

#14982160 v1

This action having been commenced on May 6, 2011 with the filing of a summons and complaint; and it appearing that a true copy of the summons and complaint in this matter were served on Defendant Mendel Bistritzky, by personally delivering the summons and complaint to a person of suitable age and discretion at Defendant Mendel Bistritzky's actual place of residence on May 26, 2011, and that a proof of service was filed on June 8, 2011, and that Defendant Mendel Bistritzky has not answered or otherwise responded to the complaint; and it further appearing that a true copy of the summons and complaint were served on Defendant Steve Bistritzky, by personally delivering the summons and complaint to Steve Bistrtizky at his actual place of residence on May 24, 2011, and that a proof of service was filed on May 27, 2011, and that Defendant Steve Bistritzky has not answered or otherwise responded to the complaint; and the time for answering the complaint having expired as to both defendants; and said defendants having been served with notice of plaintiff's application for default judgment; it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against Defendant Mendel Bistritzky and Defendant Steve Bistrtizky jointly and severally in the amount of $167,208.86 plus $241.80 in additional interest through the date hereof at a per diem rate of $7.82.

Dated:   New York, New York
         11/17, 2011

_____
Honorable Harold Baer, Jr., U.S.D.J.

This document was entered on the docket on _____.

-2-

#14982160 v1